Kyle R.May
Andrew N. Hart
May, Rammell & Wells, Chartered
216 W. Whitman/ P.O. Box 370
Pocatello, Idaho 83204-0370
Telephone: (208) 233-0132
Facsimile: (208) 234-2961
Idaho State Bar No.: 10714
Idaho State Bar No.: 9819
kyle@mrwlaw.net
andrew@mrwlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL BUCHANAN,<br><br>                      Plaintiff,<br>vs.<br><br>KOOTENAI COUNTY; KOOTENAI COUNTY SHERIFF'S OFFICE; KOOTENAI COUNTY CORRECTIONAL FACILITY; CORRECTIONAL HEALTH PARTNERS, LLC; the city of COEUR D' ALENE; COEUR D' ALENE CITY POLICE DEPARTMENT; SHERIFF ROBERT NORRIS; MATT SYCHLA; TIM CLANIN; JUSTIN BANGS; JARED RENEAU; J. BARBER, CORRECTIONAL HEALTH PARTNERS, LLC; DEPUTY R. KINNEY; DEPUTY SMIT, DEPUTY C. SHAUER; DEPUTY WEBB; DEPUTY BONDS; DEPUTY M. COCHRAN and JOHN AND JANE DOES I-XX,<br>                      Defendants. | CASE NO.:<br><br>**MOTION TO WAIVE BOND OR SET AT $0** |

      **COMES NOW** Plaintiff Paul Buchanan, by and through his attorneys of record May, Rammell & Wells, Chartered, and hereby move this Court for a waiver of the payment of a bond

in this matter, or a setting of the bond at $0 pursuant to Idaho Code § 6-610. Mr. Buchanan's affidavit is attached in supporting this Motion.

Idaho Code § 6-610 requires that for the prosecution of any civil action against a law enforcement officer the Plaintiff post a bond at the time of filing the Complaint to ensure that the officer's fees and costs may be compensated should the officer prevail in the litigation. However, the amount of said bond is to be fixed by the Court.

Plaintiff is currently earning only enough money to support himself and cannot afford the extra costs of a bond. If Plaintiff is required to post a bond in this matter, it will serve as a substantial limitation to his access to the courts and would be contrary to the interests of justice.

Plaintiff therefore respectfully requests that this Court waive the posting of a bond as required by Idaho Code § 6-610, or set the bond at a minimal amount, for the grounds and reasons that he is unable to afford the payment of said bond.

Also attached for the Court's convenience is a copy of the Complaint to be filed in this matter. Therefore, Plaintiff requests that this Court waive the bond payment required by Idaho Code § 6-610.

If necessary, Plaintiff requests oral argument on this issue.

DATED this 7th day of March, 2023.

                                        MAY, RAMMELL & WELLS, CHTD.
                                        *Attorneys for Plaintiff*

                                        /s/ Andrew N. Hart
                                        ANDREW N. HART