Kyle R.May
Andrew N. Hart
May, Rammell & Wells, Chartered
216 W. Whitman/ P.O. Box 370
Pocatello, Idaho 83204-0370
Telephone: (208) 233-0132
Facsimile: (208) 234-2961
Idaho State Bar No.: 10714
Idaho State Bar No.: 9819
kyle@mrwlaw.net
andrew@mrwlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL BUCHANAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KOOTENAI COUNTY; KOOTENAI COUNTY SHERIFF'S OFFICE; KOOTENAI COUNTY CORRECTIONAL FACILITY; CORRECTIONAL HEALTH PARTNERS, LLC; the city of COEUR D' ALENE; COEUR D' ALENE CITY POLICE DEPARTMENT; SHERIFF ROBERT NORRIS; MATT SYCHLA; TIM CLANIN; JUSTIN BANGS; JARED RENEAU; J. BARBER, CORRECTIONAL HEALTH PARTNERS, LLC; DEPUTY R. KINNEY; DEPUTY SMIT, DEPUTY C. SHAUER; DEPUTY WEBB; DEPUTY BONDS; DEPUTY M. COCHRAN and JOHN AND JANE DOES I-XX,<br>　　　　　　　　　　　Defendants. | CASE NO.: 2:23-cv-00097<br><br>**DECLARATION OF PAUL BUCHANAN** |

STATE OF IDAHO　　)
　　　　　　　　　　: ss
County of Kootenai　)

Paul Buchanan, after being duly sworn, does depose and state:

1. I am the Plaintiff in the above-captioned matter and I make the following affidavit pursuant to my own personal knowledge and in compliance with I.C. § 31-3220A.

2. Due to my current situation, I am unavailable to pay all court fees and bonds in this action at this time.

3. I currently make approximately $65,000 a year.

4. I am not married and I do not have any additional income coming into my household.

5. I currently have around $1,300 in credit card debt and $120,000 on my house and about $30,000 on my truck.

6. Generally, I spend $884.87 on the mortgage, $300 on Utilities, and $2783.28 on other expenses per month. This does not leave me with much disposable income.

7. My case is primarily a cause of action under 42 U.S.C. §1983 for the defendants' negligence and failure to provide for my medical care, which subsequently led to significant pain and suffering, permanent disfigurement, and other health complications.

8. I believe that I am entitled to redress pursuant to the legal fees outlined in my complaint and that I am due compensation from the Defendants.

9. I am unable to pay all court costs at the time of filing the action. I verify that the statements made in this affidavit are true and correct.

10. I certify under penalty of perjury that the foregoing is true and correct.


_/s/ Paul Buchanan_____
PAUL BUCHANAN